**STATE of Missouri, Respondent,**

v.

**Shaune D. HOWARD, Appellant.**

**Shaune D. Howard, Appellant,**

v.

**State of Missouri, Respondent.**

**Nos. 71257, 74100.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 7, 1999.

Paul D'Agrosa, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Krista D. Boston, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the judgment entered on a jury verdict finding him guilty of assault in the first degree and armed criminal action and sentencing him to seventeen years imprisonment. He also appeals the denial of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rules 30.25(b) and 84.16(b).